UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Keri Riccio
    Plaintiff,

v.                                            C.A. No. 07-45S

Michael J. Astrue, Commissioner
of Social Security
    Defendant.

## ORDER

The Report and Recommendation of United States Magistrate Judge David L. Martin filed on February 25, 2008 in the above-captioned matter is accepted pursuant to Title 28 United States Code § 636(b)(1). No objection having been filed, Defendant's Motion for Remand is GRANTED and the matter is remanded to the Commissioner for further administrative proceedings.

By Order,

/s/ _____
Deputy Clerk

ENTER:

/s/ _____
William E. Smith
United States District Judge

Date: 3/11/08

N:\wpdocs\JUDGE SMITH\Orders\ORR1.wpd